IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| | : | |
| **v.** | : | **Case No. RDB-18-115** |
| | : | |
| **ARKEEM ADKINS** | : | |
| | : | |
| **Defendant** | : | |

## MOTION FOR DISCOVERY

Comes now Arkeem Adkins, the Defendant, by and through Andrew R. Szekely, Assistant Federal Public Defender, and hereby moves this Honorable Court, pursuant to Fed.R.Crim.P. 32.1(b)(2)(B) and *Brady v. Maryland*, 373 U.S. 83 (1963), for an order directing the United States Probation Office to produce those portions of its file that relate to the alleged violations of supervised release currently pending against Mr. Adkins and any information in the file that could exculpate Mr. Adkins in connection to these allegations. In support thereof he states the following.

1. In a Petition on Supervised Release, the United States Probation Office has alleged ten violations of supervised release. These violations allege that:

    a. Mr. Adkins was arrested and charged with several new offenses (Violations 1-4, 8, 9, and 10);

    b. Mr. Adkins failed to tell his probation officer about some of the new offenses (Violation 6);

    c. Mr. Adkins moved without first obtaining permission and was not truthful about where he lived (Violation 5).; and

    d. Mr. Adkins has been unemployed since August 2021 (Violation 7).

2. A hearing on the pending violation petition is set for August 24, 2022.

1

3. Pursuant to Federal Rule of Criminal Procedure 32.1(b)(2)(B), the defendant is entitled to disclosure of the evidence against him. Presumably, the files of Mr. Adkin's supervising probation officer contain materials relevant to the alleged violations. Such materials are subject to disclosure under Rule 32.1(b)(2)(B).

4. To the extent there are other materials related to these three allegations, inculpatory or exculpatory, in the possession of the Probation Office or the government, Mr. Adkins requests they be produced to him.

5. Accordingly, defense counsel is requesting copies of all records, notes, correspondence, memoranda, reports, and other documents relating to the pending allegations of violations of Mr. Adkins supervised release.

6. It is the understanding of undersigned counsel that the policies of the U.S. Probation Office prohibit disclosure of its files without a Court Order authorizing such disclosure.

For the foregoing reasons, Mr. Adkins respectfully requests that this Court issue an Order requiring the U.S. Probation Office and the government to produce copies of documents, both inculpatory and exculpatory, relating to the alleged violations to undersigned counsel in advance of the violation hearing.

        Respectfully submitted,
        James Wyda
        Federal Public Defender
         for the District of Maryland

        ___/s/_____
        Andrew R. Szekely (#16407)
        Assistant Federal Public Defender
        100 South Charles Street
        Tower II, 9th Floor
        Baltimore, Maryland 21201
        Phone: (410) 962-3962
        Fax: (410) 962-0872
        Email: andrew_szekely@fd.org

## CERTIFICATE OF SERVICE

  I hereby certify that on July 1, 2022, a copy of the foregoing was served via CM/ECF to the government and a copy of the foregoing was sent via email to United States Probation Officer Sheri Dyer.

                    _____/s/_____
                    Andrew Szekely