**Kris Foster**

RDB-18-115

| | |
|---|---|
| From: | Hicks, Matt (USMS) <Matt.Hicks@usdoj.gov> |
| Sent: | Wednesday, August 24, 2022 10:28 AM |
| To: | Swiger, Alisha (USAMD); Kris Foster |
| Subject: | FW: Contraband Incident |

**CAUTION - EXTERNAL:**

USDC- BALTIMORE
'22 AUG 24 PM3:25

Alisha and Kris,

I wanted to forward this email from DUSM Justin Sielken regarding an item located on a prisoner during a search in the USMS Baltimore Cellblock this morning. Please advise assigned AUSA, as well as Judge Bennett.

Our detention management folks will be proceeding with the investigation on this with CDF.

Thanks!

**Matt Hicks**
Supervisory Deputy United States Marshal
United States Marshals Service – District of Maryland
Baltimore Operations
540-537-7360 (Mobile)

**From:** Sielken, Justin (USMS) <JSielken@usms.doj.gov>
**Sent:** Wednesday, August 24, 2022 10:09 AM
**To:** Hicks, Matt (USMS) <MHicks@usms.doj.gov>
**Subject:** Contraband Incident

Hey,
Here are the pictures and details of the incident on 08/24/2022. On 08/24/2022 at approximately 0835 DUSM Sielken was conducting a search of ADKINS, Arkeem in the cell block at the Baltimore Federal Courthouse. During this time, he advised ADKINS to remove his shoes and slide them over. While DUSM Sielken was searching ADKINS right shoe, he discovered a steel blade underneath his insole. CTU Transport who initially brought him to the courthouse witnessed the incident, and mentioned he was activating the X-ray machine at the Chesapeake Detention Facility. ADKINS insisted the machine was set off because of a bullet in his leg from a previous incident. ADKINS was removed to an isolation cell, and DUSM Sielken notified his supervisor.

1





Sent from my iPhone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.