# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**Chambers of**  
Richard D. Bennett  
United States District Judge  
Northern Division

U.S.Courthouse - Chambers 5D  
101 W. Lombard Street  
Baltimore, MD 21201  
Tel:  410-962-3190  
Fax: 410-962-3177

August 24, 2022

TO COUNSEL OF RECORD

    RE:   *USA v. Arkeem Adkins*  
            Criminal No. RDB-18-0115

Dear Counsel:

This will confirm the Violation Hearing of the above-captioned Defendant has been Continued.  The Revised Schedule is as follows:

**Violation Hearing:**         September 15, 2022  at 11:00 a.m.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

          Sincerely,

           /s/

          Richard D. Bennett  
          United States District Judge

RDB/klf#